[Nos. 27543-1-II; 29798-1-II. Division Two. February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY MARK TAMBLIN, *Appellant*.

*In the Matter of the Personal Restraint of* JEFFREY M. TAMBLIN, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05555-4, John A. McCarthy, J., entered June 27, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27923-1-II. Division Two. February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE PAUL SHANDOLA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00426-5, James R. Orlando, J., entered September 28, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 29374-9-II. Division Two. February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS NMI BOOKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01840-8, Terry K. McCluskey, J., entered September 27, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.